# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BRITANY LUCAS AND KIM
RICHARDSON, SURVIVING HEIRS
OF BRETT LUCAS, DECEASED

NO.   2023 CW 0239

VERSUS

PROGRESSIVE COUNTY MUTUAL
INSURANCE COMPANY, LEROY
EAGLIN AND COUNTRY BOY
TRUCKING, LLC

**JUNE 15, 2023**

---

In Re:    Progressive County Mutual Insurance Company, applying
          for supervisory writs, 19th Judicial District Court,
          Parish of East Baton Rouge, No. 711094.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

   **WRIT DENIED AS MOOT.** See **Britany Lucas and Kim Richardson,
Surviving Heirs of Brett Lucas, Deceased v. Progressive County
Mutual Insurance Company, Leroy Eaglin and Country Boy Trucking,
LLC,** 2023 CW 0290, issued this same day.

                            **MRT**
                            **WRC**
                            **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT